_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

**ROBERT LEE BATTS and**
**ELLEN BATTS**                                        **18-13804-JDW**

### ORDER DECLARING MORTGAGE CLAIM SATISFIED

THIS MATTER came before the Court on the Motion for Order Declaring Mortgage Claim Satisfied (the "Motion") (Dkt. #50) filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), after notice and an opportunity for hearing. The Court finds that no responses were filed; therefore, the Motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Motion shall be and is hereby granted.

IT IS FURTHER ORDERED that the Proof of Claim (Clm. #13) (the "Claim") filed by United States of America, United States Department of Agriculture, Rural Housing Service (the "Creditor"), as reduced pursuant to the Amended Order (Dkt. #39), shall be and is hereby deemed fully satisfied, including the pre-petition arrearage, and all post-petition payments, escrow shortages and

deficiencies, advances, charges, expenses, fees, and attorney's fees incurred and/or charged by the Creditor during the course of the bankruptcy.

IT IS FURTHER ORDERED that the upon entry of the discharge order, the Creditor shall release its lien and otherwise comply with applicable non-bankruptcy law.

**##END OF ORDER##**

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com